Contribute   Login   Sign up

**benzinga**

Get Realtime News NOW >>

Search

Launch Streaming News Feed

**100** COMMISSION-FREE TRADES    A Better Option for Your Online Trading.    optionshouse.△

- Home
- News
- **Ratings**
  - Analyst Color
  - Downgrades
  - Upgrades
  - New Coverage
  - Price Target
- Ideas
- Options
- Forex
- ETFs
- Media
- Economics
- Press Releases
- Latest Stories
- Store

home > news

🖨 Print Article    ✉ Email Article    text size: A A A

# China Cablecom Elects to Voluntarily Delist From the NASDAQ

By Eddie Staley
Benzinga Staff Writer
July 18, 2011 11:45 AM

Launch Benzinga's **Real Time News**

**Symbols**: CABL
**Posted in**: News

Tweet    in Share    Share

China Cablecom Holdings, Ltd. (NASDAQ: CABL) today announces its intent to voluntarily de-list the Company's common stock from the NASDAQ Capital Market ("NASDAQ").

***Benzinga's real-time audio news gives you the fastest alerts possible on market-moving events. Sign up for a free trial today!***

*(c) 2011 Benzinga.com. All rights reserved. This material may not be published in its entirety or redistributed without the approval of Benzinga.*

**< Previous**
Zagg Hitting New 52-Week High of $15.86

**Next >**
Delta Airline Hits New 52-Week Low of $7.98

Tweet    Share    🖨 Print Article    ✉ Email Article

We're Loving

- Moody's: Implementation of Obama Plan Not Likely
- Do Market Makers Still Matter?
- You Could Have Profited 14% on AOL by Using Benzinga Pro. Try It for Free Now!
- How to Be Your Own Boss
- Larry Summers: Spending Is the Way Out of Crisis

We Recommend

- Buy SPXU, and Watch AGQ, SLV, and PSQ, For a Possible Once in a Lifetime Chance
- Why Are So Many GOP Candidates Religious Nutjobs?
- Did Apple Just Take a Bite Out of Itself?
- Benzinga's Top Pre-Market Losers
- Republican Monsters Boo a Uniformed Soldier

More from Our Partners

- The WSJ: "Central banking in a currency crisis." (Gold Standard Now)
- Discover Kills Credit Card Security Feature (Mainstreet)
- Cloud Peak Energy Has 2 Sunny Metrics (The Motley Fool)
- Gold to Fall Below $1320 in Second Half of 2011 (Daily FX)
- Richard (RJ) Eskow: Wages of Fear: Lockdowns and the IMF on Occupied Wall Street (Huffington Post)

[what's this]

From Benzinga's Newsdesk

SUBSCRIBE  **Realtime News With Pro**

Visit our Store or check out Professional today!

**Benzinga's News** *Delivered Free*

Go   ☑ morning  ☑ afternoon

Listen to **BZ** Radio 📻

**Should you invest in Canadian Stocks?**

YES! Earn annual dividends well into the 10% and even 15% range. The top 5 "Canadian Cash Cows" are poised for steady capital growth. Don't miss this opportunity.

⊙ DOWNLOAD THIS FREE REPORT TODAY.

The Top Five "Canadian Cash Cows"

Join TD Ameritrade + start trading today.

Exclusive Interviews



◀ Monday Market Outlook: Lichtenstein Sees High-Energy Trading, Strong...    Deposit Flight, Feeble Policy in the Eurozone ▶

See all episodes of the Benzinga Podcast

subscribe with iTunes



**Not All in the Family (Dollar)**

Cited in Teran v Subaye Inc 11 Civ2614 — Archived on 9/26/11 — This document is protected by copyright. Further reproduction is prohibited without permission.



**Deus Ex Machina for the World: In Search of Global Salvation**



**The Benefits of a Greek Default**



**Is This the Beginning of the End For Paid TV?**



subscribe

## Benzinga's Premium Memberships



### Chart-Caster

From novice to pro, Chart-Caster delivers over $11,000 per month* in profitable trade setups across all time-frames from which members can evaluate, select, and replicate within their own trading accounts.Learn More >>

**14 Day Free Trial!**

Basic    Professional



### Benzinga's Cash Generator

This product is for individuals looking to generate a cash payout/yield from cash left within a brokerage account.Learn More >>

**14 Day Free Trial!**

Basic    Professional



### Options & Volatility Edge

Options & Volatility Edge is for those people who want to make money using cost effective options trading strategies. This product is for anyone—novices and experts. If you understand how to enter an options trade, you need Options & Volatility Edge.Learn More >>

**14 Day Free Trial!**

Basic    Professional



### ETF Professor

The ETF Professor is truly an appropriate moniker, because the Professor spends hours every day analyzing the charts of dozens of ETFs EVERY DAY.Learn More >>

**14 Day Free Trial!**

Basic    Professional

### Winning Stocks Under $5

Winning Stocks Under Five Dollars tracks and analyzes attractive stocks that are currently trading below $5. Investors receive information on inexpensive companies that have the potential to beat the market.Learn More >>

**14 Day Free Trial!**

Basic    Professional



### The Benzinga Value Investor

Risking a Dollar To Make FiveLearn More >>

**14 Day Free Trial!**

Basic    Professional



### Real-Time Rumors

In this game, information is everything. You have to know what is happening before the Street begins trading against you utilizing the new information. We will provide you with that edge.Learn More >>

**14 Day Free Trial!**



### Latest from Premium

- Open Positions - 9/20/2011
- Momentum Exit
- Momentum Buy
- CORRECTION: ... to Open Positions - 9/16 ...
- Update to Open Positions - 9/16/2011
- Exiting at Pre-scheduled Time
- ... Prior to Newsletter



### Brain Trust

--Select Benzinga Brain Trust Columnist--

**4 Ways to Solve the Poverty in...**
MARK RIDDIX

MORE FROM MARK RIDDIX:
- Why Job Growth Matters More Than for...
- 3 Advantages of Diversification as Part...
- What the Fed's 0% Interest Rate Policy ...



### Most Recent    Most Read

- Notable Put Options Activity in Western Union
- Notable Put Options Activity in CA
- Notable Put Options Activity in Macquarie Infrastructure
- McNicoll, Lewis & Vlak Maintains Spectrum Pharmaceuticals Buy, $20.50 PT
- Wynn Resorts Falls 5%
- Not Buying It: Five More Inverse ETFs to Consider Now
- Zion Oil and Gas Explodes Higher on 4x Normal Volume
- Globecomm Awarded Various Infrastructure Contracts from US Government Agencies Valued at $3.6M
- Blueshift Ideas Negative on Groupon

Cited in Teran v. Subaye Inc. 11Civ2614 Archived on 9/26/11 This document is protected by copyright. Further reproduction is prohibited without permission.

Basic    Professional

○ Notable Call Options Activity in The
   Blackstone Group

## Trending Now

special dividends, Ticketmaster, ReneSola, ford
motor, PFE, Nano, ID, Sprint, Intel, options

## Press Releases

Cepmed: Survey shows that Canadian Physicians...
Update: OncoSec Announces Positive Results From...
Rapid Fire Marketing: BionicCigs Website...
Responding to Increased Customer Demand for...
Boeing, ANA Celebrate First 787 Dreamliner...
Medical Billing Assistance, Inc. Turns Profit;...
ACRS Concludes AP1000 Maintains Robustness of...
TransCanada Launches Ads Featuring Ogallala...
Edge Appoints New Auditors and Investor Relations...
Ontario NDP Pledges to Restore Ontario Farm...
FDA News & Notes - Week of September 26, 2011
Cumberland Oil & Gas Ltd. Closes Montney...
Astrum Solar Offers Special Promotion Allowing...
Lear Announces Third-Quarter 2011 Earnings...
EastGroup Properties Announces Third Quarter 2011...

Special Offers:
Quick Cash Advance



**1.877.440.ZING (9464)**



**Popular Channels**

analyst ratings
be your own boss
economics
etfs
forex
general
hot
news
options
press releases
start-ups
tech

**Tools & Features**

badges
feeds
news widget
real time feed
submit news tips

**About Benzinga**

about us
blog
in the news
careers
contact us
disclaimer
privacy policy
send us feedback
syndication
terms and conditions

**Social**

Cited in Teran v. Subaye Inc
11 Civ 2614
Archived on 9/26/11
This document is protected by copyright.
Further reproduction is prohibited without permission.

© 2011 benzinga.com